TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Alfonso Antillon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfonso Antillon,<br>        Plaintiff,<br>    vs.<br><br>Experian Information Solutions, Inc. an Ohio corporation, Trans Union, LLC, a Delaware limited liability company; Equifax Information Services, LLC, a Georgia corporation; Bank of America, National Association, a North Carolina company.<br>        Defendants. | Case No.: 2:16-cv-00035-BSB<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Equifax Information Services, LLC, in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant

1

1  Equifax Information Services, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within
2  60 days.
3
4   RESPECTFULLY SUBMITTED this 16th day of March, 2016.

            KENT LAW OFFICES

           By: */s/ Trinette G. Kent*
           Trinette G. Kent
           Attorney for Plaintiff,
           Alfonso Antillon