TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Alfonso Antillon*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfonso Antillon, | Case No.: 2:16-cv-00035-DLR |
| Plaintiff, | Hon. Douglas L. Rayes |
| vs. | |
| Experian Information Solutions, Inc., et al. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiff and Defendant Experian Information Solutions, Inc. (hereinafter

referred to as "Experian"), through counsel undersigned and pursuant to Rule

41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed

with prejudice against Defendant Experian, only, with each party to bear its own

1

1 attorneys' fees and costs, in accordance with the form of dismissal order filed

2
3 concurrently herewith.

4      DATED this 22nd day of March, 2016

5

6 /s/   *Jonathan A. Dessaules*   .          /s/   *Trinette G. Kent*   .
7 Jonathan A. Dessaules                      Trinette G. Kent
8 DESSAULES LAW GROUP                        KENT LAW OFFICES
  *Attorney for Defendant Experian*          *Attorney for Plaintiff*
9
10 /s/   *Philip R. Wooten*   .              /s/   *Amanda Jenkins*   .
  Philip R. Wooten                          Amanda Jenkins
11 PHILIP R. WOOTEN PC                        SNELL & WILMER
12 *Attorney for Defendant Trans Union*       *Attorney for Defendant Equifax*

13                                           /s/ *Teresa P. Meece*   .
14                                           Robert W. Shely
                                            Teresa P. Meece
15                                           BRYAN CAVE LLP
16                                           *Attorneys for Defendant Bank of*
                                            *America*
17

18

19

20              **CERTIFICATE OF SERVICE**

21      I hereby certify that on March 22, 2016 I electronically transmitted the attached
22
23 document to the Clerk's Office using the CM/ECF system for filing and for

24 transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

25

26

27

28

                              2

1

2  Jonathan A. Dessaules, State Bar No. 019439          Trinette G. Kent

3  DESSAULES LAW GROUP                                  KENT LAW OFFICES
   5353 North 16th Street, Suite 110                    10645 North Tatum Blvd., Suite 200-192
4  Phoenix, Arizona 85016                               Phoenix, AZ 85028
   602-274-5400                                         Telephone:  (480) 247-9644
5  jdessaules@dessauleslaw.com                          Facsimile:  (480) 717-4781
                                                        E-mail: tkent@kentlawpc.com
6  and
                                                        Attorneys  for Plaintiff
7
   Tamara E. Fraser
8  *Admitted pro hac vice*
   WILLIAMS WILLIAMS RATTNER &                          Amanda Jenkins
9  PLUNKETT, P.C.                                       SNELL & WILMER
   380 North Old Woodward, Suite 300                    One Arizona Center
10 Birmingham MI 48009                                  400 E. Van Buren, Ste 1900
   (248) 642-0333 x 353                                 Phoenix, AZ 85004
11 tefraser@wwrplaw.com                                 (602) 382-6000
                                                        AJenkins@swlaw.com
12
   *Attorneys for Experian*                             *Attorney for Equifax*
13

14
   Philip R. Wooten
15 PHILIP R. WOOTEN PC                                  Robert W. Shely
   3413 E. Equestrian Trail                             Teresa P. Meece
16 Phoenix, AZ 85044-3403                               BRYAN CAVE LLP
   (480) 598-4331                                       Two North Central Avenue, Suite 2200
17 Philip.wooten@azbar.org                              Phoenix, AZ 85004-4406
                                                        Telephone: (602) 364-7000
18 *Attorney for Defendant Trans Union*                 rwshely@bryancave.com
                                                        teresa.meece@bryancave.com
19
                                                        *Attorneys for Defendant Bank of America*
20

21

22

23                              /s/  Amber Gingiloski

24

25

26

27

28