# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfonso Antillon,<br><br>            Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>            Defendants. | No. CV-16-00035-PHX-DLR<br><br>**ORDER** |

The Court, having reviewed the parties' Stipulation for Dismissal with prejudice, (Doc. 37), and good cause appearing,

**IT IS ORDERED** that Defendant Experian Information Solutions, Inc., only, is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

Dated this 23rd day of March, 2016.

Douglas L. Rayes
United States District Judge