TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Alfonso Antillon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfonso Antillon,<br>        Plaintiff,<br>   vs.<br><br>Experian Information Solutions, Inc. an Ohio corporation, Trans Union, LLC, a Delaware limited liability company; Equifax Information Services, LLC, a Georgia corporation; Bank of America, National Association, a North Carolina company.<br>        Defendants. | Case No.: 2:16-cv-00035-BSB<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC, ONLY** |

   NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Trans Union, LLC,

in the above-captioned case have reached a settlement.  The parties anticipate filing a

1

1
2
3

Stipulation of Dismissal with Prejudice as to Defendant Trans Union, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 7th day of April, 2016.

KENT LAW OFFICES


By: */s/  Trinette G. Kent*
Trinette G. Kent
Attorney for Plaintiff,
Alfonso Antillon

2