# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfonso Antillon,<br><br>    Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>    Defendants. | No. CV-16-00035-PHX-DLR<br><br>**ORDER** |

The Court, having reviewed the parties' Stipulation for Dismissal of Bank of America, N.A. with prejudice, (Doc. 47), and good cause appearing,

**IT IS ORDERED** dismissing Plaintiff's Complaint in its entirety, with prejudice, against Defendant Bank of America, N.A., each side to bear its own attorneys' fees and costs.

Dated this 27th day of April, 2016.

_____
Douglas L. Rayes
United States District Judge