IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfonso Antillon,<br><br>    Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>    Defendants. | No. CV-16-00035-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal with prejudice, (Doc. 49), and good cause shown,

**IT IS ORDERED** that Defendant Equifax Information Services, LLC, only, is dismissed with prejudice. Each party shall bear his or its own attorney's fees and costs included herein.

Dated this 6th day of May, 2016.

Douglas L. Rayes
United States District Judge